# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

WALTER JEOVANY VASQUEZ PAZ, and )
all others similarly situated under 29 U.S.C. )
216(b), an individual, )

              Plaintiff, )

   vs. )
                        )
WESTSIDE LAKESHORE, LLC, )
GAL ALONI, )
                        )
             Defendants. )
_____ )

19-CV-20454

## SUMMONS IN A CIVIL ACTION

To: Westside Lakeshore, LLC
Registered Agent: Westside Capital, LLC
701 Brickell Avenue
Suite 1550
Miami, FL 33131

A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

              J.H. Zidell, Esq.
              J.H. Zidell P.A.
         300 71ST Street, Suite 605
        Miami Beach, Florida 33141

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Feb 4, 2019
     _____

*s/ DIMAS RODRIGUEZ*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| WALTER JEOVANY VASQUEZ PAZ, and all others similarly situated under 29 U.S.C. 216(b), an individual, )<br>)<br>)<br>Plaintiff, )<br>vs. )<br>)<br>WESTSIDE LAKESHORE, LLC, )<br>GAL ALONI, )<br>)<br>)<br>Defendants. )<br>_____ ) | 19-CV-20454 |

## SUMMONS IN A CIVIL ACTION

To: Gal Aloni
8861 SW 57th St
Cooper City, FL 33328

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Feb 4, 2019

Date: _____

**SUMMONS**

_s/ DIMAS RODRIGUEZ_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court